MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
ALPHONSO OLIPHANT, ROGER GAINEY,
and BRUCE WOODARD


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
STACEY A. LUCAS, State Bar #154345
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3949
Facsimile:    (415) 554-4248
E-Mail:       stacey.lucas@sfgov.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, ET AL., | Case No. C 08-5048 MMC |
| Plaintiffs, | **STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING ENE CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The parties to the above-entitled action jointly submit this Stipulation to re-set the ENE conference to July 29, 2009. Good cause exists to re-set the ENE conference for the following

Stip & Otder re ENE Conference Date     1     n:\labor\li2009\090495\00559724.doc
CASE NO. C 08-5048 MMC

1  reasons: The Court appointed Robert Pohls as the Evaluator. Mr. Pohls's office contacted counsel
2  during the week of May 11 to set an ENE conference date. The deadline for completing the ENE
3  conference was the week of May 25. During the telephone conference on May 19, the parties and
4  Mr. Pohls discussed the need for limited discovery in order to promote a productive ENE conference.
5  Mr. Pohls and counsel discussed the utility of convening the conference in July or August.
6      Following the ENE conference call, counsel conferred and set four key depositions which will
7  take place on June 4, June 23, 23 and 25. Counsel have also conferred with Mr. Pohls, who is
8  available for the ENE conference on July 29. Counsel are also available on that date.
9      In light of the foregoing, the parties request the Court extend the time for convening the ENE
10 session to July 29, 2009.

11
12     Respectfully Submitted,
13
14 Dated: June 1, 2009

                        GONZALEZ & LEIGH

15
16                      By: _____
                        MATT SPRINGMAN
17                         Attorneys for Plaintiffs
                        ALPHONSO OLIPHANT, ROGER GAINEY
18                         AND BRUCE WOODARD

19 Dated: June ___, 2009            DENNIS J. HERRERA
20                         City Attorney
                        ELIZABETH S. SALVESON
21                         Chief Labor Attorney
                        STACEY A. LUCAS
22                         Deputy City Attorney
23
24                      By: _____
                        STACEY A. LUCAS
                        Attorneys for
25                         CITY AND COUNTY OF SAN
                        FRANCISCO AND WILLIAM SIFFERMANN
26
27
28

Stip & Order re ENE Conference Date         2         c:\documents and settings\mspringman.gl\local
CASE NO. C 08-5048 MMC                                         settings\temporary internet files\olk4\00559724.doc

### ENE ORDER

The Court, having read the stipulation and good cause appearing therefore, it is hereby ordered that the time within which to complete the ENE process is ~~extend up to an~~ extended up to and including July 29, 2009.

Dated: June 2, 2009            By: _/s/ Maxine M. Chesney_
                                     HONORABLE
                                     MAXINE M. CHESNEY
                                     United States District Judge