DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
STACEY A. LUCAS, State Bar #154345
Deputy City Attorney
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3949
Facsimile: (415) 554-4248
E-Mail: stacey.lucas@sfgov.org

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. C 08-5048 MMC <br><br> [**PROPOSED**] **ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S ADMINISTRATIVE APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

Pursuant to Civil Local Rule 7-11(a) and 79-5, the City and County of San Francisco submitted an Administrative Request For Order to File Under Seal pages 35:10-38:3 and 105:14-109:109:7 of the deposition testimony of William P. Siffermann, which will be attached as Exhibit C to the Declaration of Stacey A. Lucas in Support of Motion for Summary Judgment. Having considered the City's submission, the Court hereby GRANTS the City's administrative motion to file under seal redacted copies of pages 35:10-38:3 and 105:14-109:109:7 of the deposition testimony of William P. Siffermann, attached as Exhbit C to the Declaration of Stacey Lucas in Support of Defendant City and County of San Francisco's Motion for Summary Judgment.

/ / /

/ / /

1  IT IS SO ORDERED. The Clerk of the Court shall file the above-referenced pages under seal.

2  Dated: __January 26, 2010_____                    _____
                                                    The Honorable Maxine M. Chesney
3                                                    United States District Judge