GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
ALPHONSO OLIPHANT, ROGER
GAINEY and BRUCE WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHONSO OLIPHANT, an individual, ROGER GAINEY, an individual, and BRUCE WOODARD, an individual, ROES 1-25;<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SAN FRANCISCO JUVENILE PROBATION DEPARTMENT, a public entity, WILLIAM SIFFERMAN, an individual, DOES 1-25;<br><br>Defendants. | Case No. C 08-5048 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR CONTINUANCE OF THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

On February 2, 2010, Plaintiffs filed an *ex parte* motion pursuant to Civ. L.R. 6-2 and 7-10 to continue the hearing on Defendants' Motion For Summary Judgment from February 26, 2010 to April 2, 2010 ("Plaintiffs' Motion").

Having considered the papers filed in support of Plaintiffs' Motion and the record in this case, and good cause having been found, and there being no showing of prejudice to defendants, the Court HEREBY GRANTS Plaintiffs' Motion and ORDERS the following:

1. The hearing on Defendants' Motion For Summary Judgment is CONTINUED from February 26, 2010 to April 2, 2010.
2. The deadline for Plaintiffs' Opposition to Defendants' Motion For Summary Judgment is set at March 5, 2010.
3. The deadline for Defendants' Reply is set at March 19, 2010.

Dated: February 4, 2010

By: *[signature]*
The Hon. Maxine M. Chesney
United States District Court