IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-08-5048 MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE; REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

　　　　In light of defendants' pending motion for summary judgment, set for hearing on April 2, 2010, the Status Conference currently scheduled for March 19, 2010 is hereby CONTINUED to May 7, 2010 at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than April 30, 2010.

　　　　Additionally, the case is hereby REFERRED to Magistrate Judge Edward M. Chen for a settlement conference to be conducted in the month of May 2010, his calendar permitting.

　　　　**IT IS SO ORDERED.**

Dated: March 16, 2010

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge