| | |
|---|---|
| 1 | MATT GONZALEZ (SBN 153486) |
| 2 | G. WHITNEY LEIGH (SBN 153457) |
|   | MATT SPRINGMAN (SBN 252508) |
| 3 | GONZALEZ & LEIGH, LLP |
|   | 744 Montgomery Street. Fifth Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 912-5950 |
| 5 | Facsimile: (415) 912-5951 |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | ALPHONSO OLIPHANT, ROGER |
|   | GAINEY and BRUCE WOODARD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHONSO OLIPHANT, an individual, ROGER GAINEY, an individual, and BRUCE WOODARD, an individual, ROES 1-25,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a public entity, SAN FRANCISCO JUVENILE PROBATION DEPARTMENT, a public entity, WILLIAM SIFFERMAN, an individual, DOES 1-25,<br><br>Defendants. | Case No. C 08-5048 MMC<br><br>**PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO SEAL** AND ORDER THEREON<br><br>**FRCP RULE 56(b)**<br><br>Hearing: April 2, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Fl.<br>Date Action Filed: Nov. 5, 2008<br>Trial Date: June 21, 2010<br>Judge: Maxine M. Chesney |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL: |
| 2 | PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local |
| 3 | Rule 79-5 ("Local Rule 79-5"), Plaintiffs Alphonso Oliphant, Roger Gainey and Bruce Woodard |
| 4 | hereby move the Court for an order sealing: |
| 5 | 1. Portions of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment |
| 6 | which refer to confidential personnel matters; and |
| 7 | 2. Portions of Exhibit F to the Declaration of Matt Springman in Support of |
| 8 | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment which refer to confidential |
| 9 | personnel matters. |
| 10 | This Motion is based on Plaintiffs' Memorandum of Points and Authorities set forth |
| 11 | below; the Declaration of Matt Springman in Support of this Motion set forth Below; and all |
| 12 | pleadings on file in this case. |

Dated: March 8, 2010

Respectfully submitted,

GONZALEZ & LEIGH, LLP

By: /s/ Matt Springman
Matt Springman
Attorneys for Plaintiffs
ALPHONSO OLIPHANT, ROGER
GAINEY and BRUCE WOODARD

## MEMORANDUM OF POINTS AND AUTHORITIES

### BACKGROUND

Pursuant to the Protective Order in this action, any party wishing to file with the Court materials designated as confidential by any party must file those materials under seal. See Docket No. 20

### ARGUMENT

Local Rule 79-5 provides that a party may request by motion an order authorizing the sealing of part or all of a document that is to be filed with the Court. The Court may issue a sealing order where the information to be sealed is "privileged or protectable as a trade secret or otherwise entitled to protection of the law" Local Rule 79-5(a). The Rule further provides that "[t]he request must be narrowly tailored to see sealing only of sealable material..." *Id.*

Defendants move to file under seal:

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Docket No 55.

1. Page 1: portions of lines 24-26, which are redacted in the publicly filed document.
2. Page 7: portions of lines 24-26, which are redacted in the publicly filed document.
3. Page 8: portions of lines 3, 5, 7-9, 11-16, 18, 20-27, which are redacted in the publicly filed document.
4. Page 17: portion of line 13, which is redacted in the publicly filed document.

Declaration of Matt Springman ISO Opposition to Defendants' MSJ, Docket No. 54, Exhibit F, pages 91-92, 105-112, 177-79, 184-185 of the July 23, 2009 deposition transcript of William Sifferman (marked "HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY PORTIONS).

Plaintiffs file this motion in compliance with the Protective Order and in a good faith effort to maintain the confidentiality of the above-mentioned documents. Based on the foregoing, Plaintiffs respectively request that the Court issue an order, pursuant to Local Rule 79-5, permitting Plaintiffs to file the above under seal.

| | |
|---|---|
| 1 | **DECLARATION IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 2 | I, Matt Springman, declare as follows: |
| 3 | 1. I am an attorney admitted to practice in the State of California and the United |
| 4 | States District Court for the Northern District of California, and am an attorney at the law firm |
| 5 | of Gonzalez & Leigh, LLP, counsel of record for Plaintiffs Alphonso Oliphant, Roger Gainey |
| 6 | and Bruce Woodard; and I have personal knowledge of the facts stated therein. |
| 7 | 2. Portions of Plaintiffs' Opposition to Defendants' Motion for Summary |
| 8 | Judgment (Docket No. 55) refer to confidential personnel matters which I believe are subject to |
| 9 | the joint protective order in this case. |
| 10 | 3. Portions of Exhibit F to my declaration in support of Plaintiffs' Opposition to |
| 11 | Defendants' Motion for Summary Judgment contain excerpts from the July 23, 2009 |
| 12 | deposition transcript of William Sifferman which the parties agreed to mark confidential. |
| 13 | 4. Submitted herewith by manual filing are: is the unredacted version of |
| 14 | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and the complete |
| 15 | Exhibit F to the Declaration of Matt Springman ISO Opposition to Defendants' Motion for |
| 16 | Summary Judgment. |
| 17 | 5. Submitted herewith by electronic filing are: the redacted version of the |
| 18 | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and Exhibit F to the |
| 19 | Declaration of Matt Springman ISO Opposition to Defendants' Motion for Summary |
| 20 | Judgment, which excludes the confidential excerpts. |
| 21 | I declare under penalty of perjury under the laws of the United States that the foregoing |
| 22 | is true and correct and that this declaration was executed on March 8, 2010 in San Francisco, |
| 23 | California. |

*/s/ Matt Springman*
Matt Springman

# [PROPOSED] ORDER

Having considered Plaintiffs Alphonso Oliphant, Roger Gainey and Bruce Woodard's Administrative Motion to Seal Certain Documents and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the unredacted version of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, as well as the confidential portions of Exhibit F to the Declaration of Matt Springman shall be filed under seal.

IT IS SO ORDERED.

Dated: March 23, 2010

Honorable Maxine M. Chesney
United States District Judge