IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER VACATING APRIL 2, 2010 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants | |

Before the Court is defendants City and County of San Francisco and William Siffermann's "Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment," filed January 22, 2010. Plaintiffs Alphonso Oliphant, Roger Gainey and Bruce Woodard have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby deems the matter suitable for decision thereon, and VACATES the hearing scheduled for April 2, 2010.

**IT IS SO ORDERED.**

Dated: March 31, 2010

MAXINE M. CHESNEY
United States District Judge