IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER VACATING MAY 7, 2010 STATUS CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants | |

In light of defendants' pending motion for summary judgment, and a settlement conference before Magistrate Judge Edward M. Chen having been scheduled for May 17, 2010, the May 7, 2010 Status Conference before the undersigned is hereby VACATED.

The June 8, 2010 Pretrial Conference and June 21, 2010 trial date, and all associated deadlines, remain as scheduled.

**IT IS SO ORDERED.**

Dated: April 30, 2010

MAXINE M. CHESNEY
United States District Judge