IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST FOR ORDER SHORTENING TIME** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants | |

Before the Court is defendants' Request for an Order Shortening Time ("Request"), filed May 20, 2010, by which defendants seek to have their "Motion to Bifurcate and Sever" ("Motion") heard at the June 8, 2010 Pretrial Conference. Plaintiffs have not filed opposition to the Request.

Because the relief sought in the Motion is in the nature of a motion in limine, the Court finds it appropriate to consider the Motion at the Pretrial Conference.

Accordingly, the Request is hereby GRANTED, and the Court sets the following briefing schedule on the Motion:

1. The Motion shall be filed no later than Wednesday, May 26, 2010.[1]

---

[1] The Motion is attached as an exhibit to the Request and, as a result, plaintiffs were served with the Motion on May 20, 2010.

2. Any opposition to the Motion shall be filed no later than Tuesday, June 1, 2010.

3. Consistent with the Court's Pretrial Preparation Order, which does not provide for the filing of replies in support of motions in limine, no reply shall be allowed.

4. The Motion shall be heard at the June 8, 2010 Pretrial Conference.

**IT IS SO ORDERED.**

Dated:  May 25, 2010

MAXINE M. CHESNEY
United States District Judge