IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO DEFENDANTS' MOTION IN LIMINE NO. 2; DIRECTIONS TO DEFENDANTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants / | |

Before the Court is defendants' "Administrative Motion to File Under Seal Materials Related to Defendants' Motion in Limine No. 2 Regarding Qualified Immunity," filed May 25, 2010. Having read and considered the administrative motion, the Court rules as follows:

1. Because defendants' Motion in Limine No. 2 references matter that appears to consist of confidential personnel records, defendants' administrative motion is hereby GRANTED. Accordingly, defendants are hereby DIRECTED to electronically file, no later than June 3, 2010, the unredacted version of Motion in Limine No. 2 under seal. See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

2. Under the Civil Local Rules of this District, a request to file a document under

seal "must be narrowly tailored to seek sealing only of sealable material." See Civil L.R. 79-5(a). Here, defendants' Motion in Limine No. 2 does not, in its entirety, consist of sealable material. For example, Motion in Limine No. 2 includes a discussion of legal principles applicable to qualified immunity as well as a summary of evidence previously filed in the public record.[1] Accordingly, defendants are hereby DIRECTED to electronically file, no later than June 3, 2010, a redacted version of Motion in Limine No. 2 in the public record.

**IT IS SO ORDERED.**

Dated: June 1, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] These examples are illustrative in nature.

2