UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. C 08-5048 MMC <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILES DOCUMENTS UNDER SEAL ; DIRECTIONS TO DEFENDANTS <br><br> (CIVIL L.R. 6-3; 7-11) <br><br> Pre-Trial Conference       June 8, 2010 <br> Trial:                              June 21, 2010 |

The Court has reviewed Defendants' Motion to Seal Documents in support of its Opposition to Plaintiffs' Motion in Limine #1.

Good cause appearing therefore, the Court GRANTS Defendants request and ORDERS that Exhibits C and D to the Lucas Declaration in Support of Defendants' Opposition to Plaintiffs' Motion in Limine #1 may be filed under seal.

Defendants are hereby DIRECTED to electronically file under seal, no later than June 7, 2010, Exhibits C and D to the Lucas Declaration. See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

**IT IS SO ORDERED.**

Dated:   June 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge