1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  MATT SPRINGMAN (SBN 252508)
3  GONZALEZ & LEIGH, LLP
   744 Montgomery Street. Fifth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 912-5950
5  Facsimile:  (415) 912-5951

6  Attorneys for Plaintiffs
7  ALPHONSO OLIPHANT, ROGER
   GAINEY and BRUCE WOODARD
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | ALPHONSO OLIPHANT, an individual, | Case No. C 08-5048 MMC
   | ROGER GAINEY, an individual, and  |
13 | BRUCE WOODARD, an individual, ROES | **PLAINTIFFS' NOTICE OF**
   | 1-25,                              | **ADMINISTRATIVE MOTION AND**
14 |                                    | **ADMINISTRATIVE MOTION TO**
   |            Plaintiffs,             | **SEAL PORTIONS OF THE**
15 |                                    | **DECLARATION OF G. WHITNEY**
   |   v.                               | **LEIGH IN SUPPORT OF**
16 |                                    | **PLAINTIFFS' MOTIONS IN**
   | CITY AND COUNTY OF SAN             | **LIMINE; DECLARATION OF MATT**
17 | FRANCISCO, a public entity, SAN    | **SPRINGMAN;** ~~PROPOSED~~ **ORDER**
   | FRANCISCO JUVENILE PROBATION       | **AND DIRECTIONS TO PLAINTIFFS**
18 | DEPARTMENT, a public entity, WILLIAM| Trial Date:    June 21, 2010
   | SIFFERMAN, an individual, DOES 1-25,| Time:          9:00 a.m.
19 |                                    | Place:         Courtroom 7, 19th Fl.
   |            Defendants.             | Date Action Filed: Nov. 5, 2008
20 |                                    | Judge:         Maxine M. Chesney

---

**MOTION TO FILE UNDER SEAL; MPA; DECLARATION IN SUPPORT; [PROPOSED] ORDER**
**Case No. C 08-5048 MMC**

1  TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

2      PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rule 79-5 ("Local Rule 79-5"), Plaintiffs Alphonso Oliphant and Bruce Woodard hereby move the Court for an order sealing:

5      1.    Portions of Exhibit B to the Declaration of Whitney Leigh In Support of Plaintiffs' Motions in Limine which contain confidential personnel matters.

7      This Motion is based on Plaintiffs' Memorandum of Points and Authorities set forth below; the Declaration of Matt Springman in Support of this Motion set forth Below; and all pleadings on file in this case.

Dated: May 26, 2010                    Respectfully submitted,

GONZALEZ & LEIGH, LLP

By: /s/ Matt Springman
    Matt Springman
    Attorneys for Plaintiffs
    ALPHONSO OLIPHANT, ROGER
    GAINEY and BRUCE WOODARD

## MEMORANDUM OF POINTS AND AUTHORITIES

### BACKGROUND

Pursuant to the Protective Order in this action, any party wishing to file with the Court materials designated as confidential by any party must file those materials under seal. See Docket No. 20

### ARGUMENT

Local Rule 79-5 provides that a party may request by motion an order authorizing the sealing of part or all of a document that is to be filed with the Court. The Court may issue a sealing order where the information to be sealed is "privileged or protectable as a trade secret or otherwise entitled to protection of the law" Local Rule 79-5(a). The Rule further provides that "[t]he request must be narrowly tailored to see sealing only of sealable material…' *Id.*

Defendants move to file under seal:

Portions of Exhibit B to the Declaration of Whitney Leigh In Support of Plaintiffs' Motions in Limine which contain confidential personnel matters

Plaintiffs file this motion in compliance with the Protective Order and in a good faith effort to maintain the confidentiality of the above-mentioned documents. Based on the foregoing, Plaintiffs respectively request that the Court issue an order, pursuant to Local Rule 79-5, permitting Plaintiffs to file the above under seal.

Dated: May 26, 2010              Respectfully submitted,

                                 GONZALEZ & LEIGH, LLP


                                 By: /s/ Matt Springman
                                     Matt Springman
                                     Attorneys for Plaintiffs
                                     ALPHONSO OLIPHANT, ROGER
                                     GAINEY and BRUCE WOODARD

1  **DECLARATION IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL**

2  I, Matt Springman, declare as follows:

3  1.  I am an attorney admitted to practice in the State of California and the United
4  States District Court for the Northern District of California, and am an attorney at the law firm
5  of Gonzalez & Leigh, LLP, counsel of record for Plaintiffs Alphonso Oliphant and Bruce
6  Woodard; and I have personal knowledge of the facts stated therein.

7  2.  Portions of Exhibit B to the Declaration of Whitney Leigh In Support of
8  Plaintiff's Motions In Limine contain confidential personnel matters which I believe are
9  subject to the joint protective order in this case.

10  3.  Submitted herewith by manual filing is the complete version of the Declaration
11  of Whitney Leigh In Support of Plaintiff's Motions In Limine.

12  4.  Submitted herewith by electronic filing are: the redacted version of the
13  Declaration of Whitney Leigh In Support of Plaintiff's Motions In Limine.

14  I declare under penalty of perjury under the laws of the United States that the foregoing
15  is true and correct and that this declaration was executed on May 26, 2010 in San Francisco,
16  California.

_/s/ Matt Springman_
Matt Springman

1                              [PROPOSED] ORDER

2       Having considered Plaintiffs' Administrative Motion to Seal Certain Documents and
3  good cause having been shown,
4       IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.
5       IT IS HEREBY FURTHER ORDERED that the redacted unredacted version of the Declaration of
6  Whitney Leigh In Support of Plaintiff's Motions In Limine shall be filed under seal; plaintiffs are
   DIRECTED to file under seal the unredacted version no later than June 7, 2010.  See General Order
7  **IT IS SO ORDERED.**  No. 62 (providing that upon grant of motion to file under seal,
8  requesting party shall e-file document under seal according to procedures in FAQs on ECF website).

Dated:  June 4, 2010

                                              _____
                                              Honorable Maxine M. Chesney
                                              United States District Judge