IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-08-5048 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE MOTION TO SEAL UNREDACTED DECLARATION OF MATTHEW R. SCHULTZ** |

　　　　The Court is in receipt of the "[Unredacted] Declaration of Matthew R. Schultz in Support of Plaintiffs' Motion to Exclude Evidence or in the Alternative for Additional Discovery" ("Unredacted Declaration"), lodged with the Clerk of the Court on June 7, 2010. It appears that plaintiffs are seeking leave to file under seal the Unredacted Declaration. To date, however, plaintiffs have not filed a motion to seal. See Civil L.R. 79-5.

　　　　Plaintiffs are hereby DIRECTED to file, no later than June 18, 2010, a motion to seal the Unredacted Declaration. If plaintiffs fail to timely file such motion to seal, the Court will direct the Clerk to return the Unredacted Declaration to plaintiffs.

　　　　**IT IS SO ORDERED.**

Dated: June 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge