IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER DEEMING MOTION FOR SUMMARY ADJUDICATION WITHDRAWN IN LIGHT OF CONDITIONAL SETTLEMENT; VACATING SEPTEMBER 17, 2010 HEARING** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants / | |

On August 13, 2010, defendants filed a Motion for Summary Adjudication, and noticed the motion for hearing on September 17, 2010. Thereafter, at a settlement conference conducted on August 24, 2010, the parties settled the claims of the remaining plaintiffs, pending ratification by the San Francisco Board of Supervisors.

In light of the above, the Court deems the Motion for Summary Adjudication to be withdrawn, without prejudice, and vacates the September 17, 2010 hearing.

**IT IS SO ORDERED.**

Dated:  September 7, 2010

MAXINE M. CHESNEY
United States District Judge