United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   ALPHONSO OLIPHANT, et al.,                     No. C-08-5048 MMC

12              Plaintiffs,                         **ORDER VACATING PRETRIAL
                                                    CONFERENCE AND TRIAL DATES;**
13        v.                                        **DIRECTIONS TO PARTIES**

14   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
15
                Defendants
16   _____/

17
           At a settlement conference conducted August 24, 2010, the parties settled the
18
     claims of the remaining plaintiffs, pending ratification by the San Francisco Board of
19
     Supervisors.
20
           In light of the conditional settlement, the pretrial conference, scheduled for
21
     November 16, 2010, and the trial, scheduled for November 30, 2010, are hereby
22
     VACATED.
23
           No later than December 17, 2010, the parties shall file a joint status report, indicating
24
     the status of the settlement.
25
           **IT IS SO ORDERED.**
26
27
     Dated:  November 12, 2010
28
                                                    MAXINE M. CHESNEY
                                                    United States District Judge