IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO OLIPHANT, et al., | No. C-08-5048 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants / | |

Before the Court is the parties' Joint Case Status Report, filed December 22, 2010. Having read and considered the report, the Court hereby DIRECTS the parties to file, no later than March 25, 2011, a further joint status report apprising the Court as to whether the anticipated final approval has been obtained.

**IT IS SO ORDERED.**

Dated: January 3, 2011

MAXINE M. CHESNEY
United States District Judge