| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | LAUREN M. MONSON, State Bar #242819<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 5th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3856 |
| 6 | Facsimile: (415) 554-4248<br>E-Mail: lauren.monson@sfgov.org |
| 7 | Attorneys for Defendant |
| 8 | City And County Of San Francisco |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALPHONSO OLIPHANT, ET AL., | Case No. C 08-5048 MMC |
|---|---|
| Plaintiff(s), | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, JUVENILE PROBATION DEPARTMENT, AND WILLIAM SIFFERMANN, | |
| Defendants. | |

Request for Dismissal; Order of Dismissal
CASE NO. C 08-5048 MMC

1

n:\labor\li2009\090495\00689186.doc

1. TO THE CLERK OF THE ABOVE-ENTITLED COURT:
2. A settlement agreeable to all parties has been reached in the above-mentioned matter. The
3. parties respectfully request that this case be dismissed with prejudice.

5. Dated: March 25, 2011

MATT GONZALEZ
G. WHITNEY LEIGH
MATT SPRINGMAN
GONZALEZ & LEIGH, LLP

By: _____
G. WHITNEY LEIGH

Attorneys for Plaintiffs
ALPHONSO OLIPHANT and
BRUCE WOODARD

13. Dated: 3/25/11

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ERIK RAPOPORT
LAUREN M. MONSON
Deputy City Attorneys

By: _____
LAUREN M. MONSON

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2011

_____
HON. MAXINE M. CHESNEY
United States District Judge

Request for Dismissal; Order of Dismissal
CASE NO. C 08-5048 MMC

2

n:\labor\li2009\090495\00689186.doc